UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
**UNITED STATES of AMERICA**            )
                                        )
     v.                                 )     **Criminal No.**
                                        )     **14-10229-FDS-1**
**JEFFREY E. TOSCA,**                   )
                                        )
     **Defendant.**                     )
_____)

## ORDER ON MOTION FOR JAIL CREDIT

**SAYLOR, J.**

On March 8, 2016, defendant Jeffrey Tosca pleaded guilty to one count of being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g) and one count of unlawful possession of a firearm in violation of 26 U.S.C. § 5861(d). On May 31, 2016, the Court sentenced him to a term of imprisonment of 120 months on both counts, to be served concurrently.

Defendant has continuously been in custody since September 15, 2013, when he was arrested on state charges. On December 18, 2013, he was separately sentenced to a term of imprisonment of 30 days on a state trespass charge. He was transferred to federal custody on August 7, 2014.

Defendant was given credit for time served for his federal sentence beginning on October 15, 2013. He has moved for an additional 30 days of credit, contending that he "should have been given time credited" since his arrest on September 15, 2013. Def.'s Mot. at 2. However, the 30-day period at issue was already credited toward the state trespass sentence, and "time spent in custody awaiting trial for one crime generally may not be credited against a sentence for an unrelated crime." *Miller v. Suffolk Cty. House of Correction*, 2002 WL 31194866, at *3 (D.

Mass. Sept. 27, 2002). Furthermore, and in any event, the Court's authority to issue the requested relief, in the present procedural posture of this case, is doubtful at best. Accordingly, the motion is DENIED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: December 5, 2017